# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Roosevelt Moses,<br><br>                Plaintiff,<br><br>v.<br><br>Wilkes Contract Service, LLC, Unicon, Inc., and P3 Concepts, LLC,<br><br>                Defendants. | C/A No.: 3:17-cv-03082-CMC-JDA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The undersigned attorney for the Plaintiff, by and with the consent of counsel for the Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulates to the dismissal of all claims in the above-captioned action, with prejudice. The parties will bear their respective costs and fees.

| | |
|---|---|
| **CROMER BABB PORTER & HICKS, LLC** | **WOMBLE BOND DICKINSON, LLP** |
| BY: s/Shannon Polvi<br>J. Lewis Cromer (#362)<br>Shannon Polvi (#11978)<br>1418 Laurel Street, Suite A<br>Columbia, South Carolina 29211<br>Phone: (803) 799-9530 | BY: s/M. Todd Carroll<br>M. Todd Carroll (#9742)<br>Kevin A. Hall (#5375)<br>1221 Main Street, Suite 1600<br>Columbia, South Carolina 29201<br>Telephone: (803) 454-6504 |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |

April 26, 2018
Columbia, South Carolina